IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| United States of America | ) CRIMINAL NO. 2:08-580-PMD |
|---|---|
| v. | ) **ORDER** |
| Andrew West | ) |

This matter is before the court on Defendant's *pro se* motion for a reduction of sentence, filed in this court November 23, 2011.. Defendant seeks a reduction of his sentence based upon the recent Amendment to the United States Sentencing Guidelines, namely Amendment 750.

This Amendment reduces the Guidelines range for those sentences involving cocaine base, or "crack" cocaine. Defendant is not eligible for consideration based upon this amendment to the sentencing guidelines because his sentence was dictated by the statutory mandatory minimum, not the amount of drugs involved in the offense.

Defendant's motion is, therefore, **DENIED**.

**IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

April 19, 2012
Charleston, South Carolina